IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Gary D. Hammond,

    Petitioner,

v.

Warden, Southereastern Ohio
Regional Jail,

    Respondent.

Case No. 2:09-cv-380

Judge Michael H. Watson

## OPINION AND ORDER

On May 26, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 be dismissed and that petitioner's request for compensation be denied. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed. The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**. Petitioner's request for compensation is **DENIED**.

    **IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**Michael H. Watson, Judge**
**United States District Court**